16

10/28/03. Denied as moot, it appearing that the responses have been long filed and made available.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOHN W. BLASSINGAME, JR.,      :
ADMINISTRATOR OF THE ESTATE    :
OF JOHN W. BLASSINGAME         :
                               :    CIV. NO. 3:02CV02009(CFD)
         Plaintiff,            :
VS.                            :
                               :
YALE UNIVERSITY                :
                               :
         Defendant.            :    AUGUST 29, 2003

## MOTION TO COMPEL

The Plaintiff in the above-entitled action respectfully requests that the Defendant, Yale University, be compelled to respond to the Plaintiff's Interrogatories and Requests for Production dated March 11, 2003.

**WHEREFORE**, the Plaintiff prays that the Defendant, Yale University, be compelled to respond to Plaintiff's Interrogatories and Requests for Production.

2003 OCT 28  P 1: 48
US DISTRICT COURT
HARTFORD CT

                              THE PLAINTIFF,
                              JOHN W. BLASSINGAME, JR.

                         BY:  _____
                              IKECHUKWU UMEUGO
                              HIS ATTORNEY
                              UMEUGO & ASSOCIATES, P.C.
                              840 ORANGE AVENUE, 2ND FLOOR
                              WEST HAVEN, CT 06516
                              (203) 931-2680; FED.BAR# Ct 04536

ORAL ARGUMENT REQUESTED
TESTIMONY NOT REQUIRED