### UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN W. BLASSINGAME, JR.<br>ADMINISTRATOR OF THE ESTATE OF<br>JOHN W. BLASSINGAME<br>    Plaintiff,<br><br>V.<br><br>YALE UNIVERSITY<br>    Defendant. | :<br>:<br>:<br>:<br>:<br>:  CIVIL ACTION NO.:<br>:  302CV02009(CFD)<br>:<br>:<br>:  FEBRUARY 25, 2004 |

### MOTION TO RECONSIDER

The Plaintiff respectfully represents requests the Court to reconsider the Motion to Compel dated August 29, 2003 on the following grounds:

1. Plaintiff sent Interrogatories and Requests for Production to the Defendant dated March 11, 2003.

2. Defendant responded to Plaintiff's Interrogatories and Requests for Production on April 3, 2003; however, Defendants objected to each and every interrogatory and request.

3. Plaintiff filed a Motion to Compel dated August 29, 2003 to compel the Defendants to respond to the Interrogatories and Requests for Production.

4. Plaintiff's Motion to Compel was denied on October 28, 2003 on the grounds that the Defendants had responded.

5. Defendants' reply was unresponsive due to the fact that they objected to each and every interrogatory and request for production.

6. Defendants admitted to serving the objections in a pleading dated April 3, 2003 in their Memo in Opposition to Plaintiff's Motion to Compel dated October 17, 2003.

**WHEREFORE**, the Plaintiff prays that that the Court reconsider its Motion to Compel the Defendant to respond to Plaintiff's Interrogatories and Requests for Production dated March 11, 2003 or schedule a hearing on the issues regarding Defendants' objections.

                                                THE PLAINTIFF
                                                JOHN W. BLASSINGAME, JR.

BY:

                                                IKECHUKWU UMEUGO
                                                HIS ATTORNEY
                                                UMEUGO & ASSOCIATES, P.C.
                                                620 BOSTON POST ROAD
                                                WEST HAVEN, CT  06516
                                                (203)931-2680; FED.BAR#Ct04536


## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, on the above-written date, to:

   Patrick M. Noonan, Esq.
   Delaney, Zemetis, Donahue,
    Durham & Noonan, P.C.
   741 Boston Post Road
   Guilford, CT  06437

                                                Ikechukwu Umeugo