**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| JOHN W. BLASSINGAME, JR. : <br> ADMINISTRATOR OF THE ESTATE OF : <br> JOHN W. BLASSINGAME : <br>     Plaintiff, : <br> : <br> V. : <br> : <br> YALE UNIVERSITY : <br>     Defendant. : | CIVIL ACTION NO.: <br> 302CV02009(CFD) <br><br> MARCH 3, 2004 |

**APPLICATION FOR TEMPORARY INJUNCTION**

The plaintiff respectfully represents to this Court:

1- He is the plaintiff in the above-captioned case requesting this Court to enjoin the defendant Yale University from selling and distributing any of The Frederick Douglass Papers and that all proceeds from any and all sales shall be held in escrow pending the resolution of the case, and to refrain from negotiating with any and all entities and individuals to continue work on the project, and to refrain from using the "John W. Blassingame" name in all publishing.

2- The defendant, Yale University, through Yale University Press has engaged in copyright infringement and failed to pay royalties and recognize the rights of the decedent's heirs, and improperly retained the royalties generated by the sale of "The Frederick Douglass Papers." The defendant continues to engage in these actions.

3- The defendant, Yale University's actions are wrong, illegal and in violation of Federal law.

4- The defendant, Yale University's aforementioned actions, if not restrained will cause serious irreparable harm to the plaintiff John W. Blassingame,

Jr., causing him and the estate incalculable damages and/or cannot be compensated in a monetary way.

WHEREFORE, the plaintiff, John W. Blassingame, Jr. requests and moves this Court to issue a temporary injunction, restraining and enjoining the defendant from selling and distributing any of The Frederick Douglass Papers, from granting any permission for the use of The Frederick Douglass Papers and that all proceeds from any and all sales shall be held in escrow pending the resolution of the case, and to refrain from negotiating with any entities or individuals to continue work on the project, and to refrain from using the "John W. Blassingame" name in all publishing.

                              THE PLAINTIFF
                              JOHN W. BLASSINGAME, JR.

BY:

                              _____
                              IKECHUKWU UMEUGO
                              HIS ATTORNEY
                              UMEUGO & ASSOCIATES, P.C.
                              620 BOSTON POST ROAD
                              WEST HAVEN, CT  06516
                              (203)931-2680; FED.BAR#Ct04536

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, on the above-written date, to:

   Patrick M. Noonan, Esq.
   Delaney, Zemetis, Donahue,
    Durham & Noonan, P.C.
   741 Boston Post Road
   Guilford, CT  06437