**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| JOHN W. BLASSINGAME, JR. : <br> ADMINISTRATOR OF THE ESTATE OF : <br> JOHN W. BLASSINGAME : <br>     Plaintiff, : <br> : <br> V. : <br> : <br> YALE UNIVERSITY : <br>     Defendant. : | <br><br><br><br><br> CIVIL ACTION NO.: <br> 302CV02009(CFD) <br><br><br> FEBRUARY 27, 2004 |

## AFFIDAVIT

**STATE OF CONNECTICUT** )

                         ) **SS. WEST HAVEN**

**COUNTY OF NEW HAVEN** )

Personally appeared John W. Blassingame, Jr., adminstrator of the Estate of John W. Blassingame, who being duly sworn, does hereby upon his oath depose and state:

1-     I am over eighteen (18) years of age.

2-     I understand the obligation of an oath.

3-     I am the plaintiff in the above-captioned case and I am seeking the issuance of a temporary injunction as is more fully set forth in the application annexed hereto.

4-     The defendant, Yale University, through Yale University Press has engaged in copyright infringement and failed to pay royalties and recognize the rights of the decedent's heirs, and improperly retained the royalties generated by the sale of "The Frederick Douglass Papers." The defendant continues to engage in these actions.

5-     The defendant, Yale University's actions are wrong, illegal and in violation of

Federal law.

6-  The defendant, Yale University's aforementioned actions, if not restrained, will cause serious irreparable harm to the plaintiff John W. Blassingame, Jr., causing him and the estate incalculable damages and/or cannot be compensated in a monetary way.

7-  The contents of this affidavit are true to the best of my knowledge.

Subscribed and sworn to before me this     day of            2004.

John W. Blassingame, Jr.

Commissioner of the Superior Court