UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 APR -2 A 11: 46

U.S. DISTRICT COURT
HARTFORD, CT.

JOHN W. BLASSINGAME, JR.,
ADMINISTRATOR OF THE ESTATE
OF JOHN W. BLASSINGAME,
    Plaintiff,

v.

YALE UNIVERSITY,
    Defendant.

: Civil Action No. 3:02CV2009 (CFD)

## REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Thomas P. Smith for the following purposes:

\_\_\_ All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

\_\_\_ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

\_\_\_ To supervise discovery and resolve discovery disputes (orefmisc./dscv)

\_\_\_ A recommended ruling on the following motions which are currently pending: (orefm.)

_X_ A ruling on the following motions which are currently pending: Motion to Reconsider [Doc. # 23] (orefm.)

\_\_\_ A settlement conference (orefmisc./cnf)

\_\_\_ A conference to discuss and approve the following: (orefmisc./cnf)

\_\_\_ Other: (orefmisc./misc) _____

SO ORDERED this 1st day of April 2004, at Hartford, Connecticut.

_____
Christopher F. Droney
United States District Judge