UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOHN W. BLASSINGAME, JR.,
ADMINISTRATOR OF THE ESTATE
OF JOHN W. BLASSINGAME,
    Plaintiff,

v.

YALE UNIVERSITY,
    Defendant.

: Civil Action No. 3:02CV2009 (CFD)

FILED
2004 APR -2 A 11: 46
U.S. DISTRICT COURT
HARTFORD, CT.

## ORDER

Pending is the plaintiffs' Application for Temporary Injunction [Doc. # 49]. The Court hereby ORDERS that on **April 21, 2004** at **10:00 a.m.**, in Courtroom Two, United States Courthouse Annex, 450 Main Street, Hartford, Connecticut, the defendants shall show cause why a temporary injunction should not issue in the above-captioned matter.

Accordingly, it is hereby ORDERED that:

1. By no later than **5:00 p.m.** on **April 14, 2004**, each party shall file with the Clerk of the Court and shall serve upon other counsel of record the following items:

    (a) numbered list of proposed findings of fact, including the actual or projected evidentiary basis for each such finding;

    (b) a numbered list of proposed conclusions of law, including citations to authorities in support of each conclusion;

    (c) a list of witnesses to be examined by the party at the preliminary injunction hearing, including a succinct summary of the testimony which each such witness is expected to provide;

    (d) a list of the exhibits which the party expects to offer at the preliminary

injunction hearing. This list shall be numbered, to the extent practicable, in the order that the exhibits are likely to be offered.

2. The parties shall meet to discuss their proposed findings of fact and conclusions of law and to stipulate to any proposed findings of fact or conclusions of law to which they are in accord. In their respective responses to this Order to Show Cause, the parties shall indicate those findings of fact and conclusions of law which are stipulated.

3. Service of any of the papers noted above shall be made by in-hand service upon adversary counsel by the date and time indicated.

It is so ordered.

Dated at Hartford, Connecticut, on this 1st day of April 2004.

_____
CHRISTOPHER F. DRONEY
UNITED STATES DISTRICT JUDGE