23

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN W. BLASSINGAME, JR. ADMINISTRATOR OF THE ESTATE OF JOHN W. BLASSINGAME<br>Plaintiff,<br><br>V.<br><br>YALE UNIVERSITY<br>Defendant. | :<br>:<br>:<br>:<br>: CIVIL ACTION NO.:<br>: 302CV02009(CFD)<br>:<br>: FEBRUARY 25, 2004 |

## MOTION TO RECONSIDER

**April 6, 2004.** This motion is **DENIED**. As the defendant's opposing papers point out, this motion falls short in several respects. First, it is untimely. The ruling which movant seeks to have "reconsidered" was rendered in October 2003. The instant motion was filed in February 2004, roughly four months later. Under the Local Rules, motions to reconsider must be filed within 10 days. Second, this motion is not accompanied by a memorandum, again in disregard of the Local Rules. Third, the motion does not meet the standard for a true motion to reconsider. See e.g., Shrader v. CSX Transportation, Inc., 70 F.3d 367, 368 (2d Cir 1995); LoSacco v. City of Middletown, 822 F.Supp. 870, 876 (D.Conn. 1993); Metropolitan Entertainment Co. v. Koplik, 25 F. Supp.2d 357, 368 (D.Conn. 1998)(and the other cases cited in defendant's opposition papers). Here, movant has presented the court with absolutely nothing to justify reconsideration. Finally, on the merits, it appears that the defendant most clearly did not ignore plaintiff's discovery requests, but instead interposed objections to those requests. At this juncture that is all that the defendant is required to do.

Thomas P. Smith
United States Magistrate Judge