*O2cv2009min*

CTjcvmhrg (October 17, 2001)

TOTAL TIME: **2** hours **45** minutes

DEPUTY CLERK HONORABLE *Droney*
*Den*     RPTR/ERO/TAPE *Marshall*

DATE **4-21-04**     START TIME **10:15**     END TIME **1:00**
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

*Blassingame*     CIVIL NO. **02cv2009 CFD**

§
§                                          *Umeugo*
§                              Plaintiffs Counsel
vs.                          ☐ SEE ATTACHED CALENDAR FOR COUNSEL
§                                          *narian*
*Yale*     §                              Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☒ (mhrgh) Motion Hearing          ☐ (confmhrg.) Confirmation Hearing     ☐ (showhrg.) Show Cause Hearing
☐ (cntmphrg.) Contempt Hearing    ☐ (evidhrg.) Evidentiary Hearing       ☐ (jgmdbexam.) Judgment Debtor Exam
☐ (pchrg.) Probable Cause Hearing ☐ (fairhrg.) Fairness Hearing          ☐ (stlmthrg.) Settlement Hearing
☐ (mischrg.) Miscelaneous Hearing

MOTION
DOCUMENT NO.

| | | | | granted | denied | advisement |
|---|---|---|---|---|---|---|
| ☒ | #27 | Motion | *for Preliminary Injunction* | ☐ granted | ☐ denied | ☒ advisement |
| ☐ | # | Motion | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | # | Motion | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | # | Motion | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | # | Motion | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | # | Motion | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | # | Motion | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | | Oral Motion | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | | Oral Motion | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | | Oral Motion | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | | Oral Motion | | ☐ granted | ☐ denied | ☐ advisement |

☐ Brief(s) due _____     ☐ Proposed Findings due _____     Response due _____

| | filed | docketed |
|---|---|---|
| | ☐ filed | ☐ docketed |
| | ☐ filed | ☐ docketed |
| | ☐ filed | ☐ docketed |
| | ☐ filed | ☐ docketed |
| | ☐ filed | ☐ docketed |
| | ☐ filed | ☐ docketed |
| | ☐ filed | ☐ docketed |
| | ☐ filed | ☐ docketed |
| | ☐ filed | ☐ docketed |

Hearing continued until _____ at _____