AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF Connecticut

Blassingame v. Yale

P/HS ~~EXHIBIT AND~~ WITNESS LIST

CASE NUMBER: 02CV2009CFD

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| CFD | Umeugo | Noonan |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 4/21 | Marshall | Allen |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  | 4-21-04 |  |  | John Blassingame, Jr. New Haven, CT |

FILED 2004 APR 22 P 12:43 U.S. DISTRICT COURT HARTFORD, CT

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages