AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF Connecticut

Blassingame
v
Yale

Pltfs EXHIBIT ~~AND WITNESS~~ LIST

CASE NUMBER: 02CV2009 CFD

| PRESIDING JUDGE CFD | PLAINTIFF'S ATTORNEY Umeugo | DEFENDANT'S ATTORNEY Noman |
|---|---|---|
| TRIAL DATE(S) 4/21 | COURT REPORTER Marshall | COURTROOM DEPUTY Den |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 4-21-04 | ✓ | ✓ | Let. of agreement 2-7-79 |
| 2 | | " | ✓ | ✓ | Paperback book re: Fred. Douglas |
| 3 | | " | ✓ | ✓ | Complaint |

FILED 2004 APR 22 P 12:43 U.S. DISTRICT COURT HARTFORD, CT.

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages