Case 3:02-cv-02009-TPS   Document 36   Filed 04/22/2004   Page 1 of 1
02cv2009 oft wit list
AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF Connecticut

Blassengame v. Yale

DEF'TS ~~EXHIBIT AND~~ WITNESS LIST

CASE NUMBER: 02CV2009(CFD)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| CFD | U. Meyer | Noonan |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 4/21 | Marshall | Demo |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 4-21-04 | | | Linda Klein |

FILED 2004 APR 22 P 12:43 U.S. DISTRICT COURT HARTFORD, CT

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages