AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF **Connecticut**

v.    Def+s  EXHIBIT ~~AND WITNESS~~ LIST

CASE NUMBER: 02CV2009 (FD)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| CFD | Umengo | Noman |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 4-21 | Marshall | Dew |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | 4-21-02 | ✓ | | |
| | 2 | " | ✓ | ✓ | Let. of agreement 10-11-76 |
| | 3 | " | ✓ | ✓ | Revision of let of agreement - 10-11-76 |
| | 4 | " | ✓ | ✓ | Letters, 3/21/83, 4/26/83, 5-4-83 |
| | 5 | " | ✓ | ✓ | Royalty Statement |

FILED 2004 APR 22 P 12:43 U.S. DISTRICT COURT HARTFORD, CT

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages