UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN W. BLASSINGAME, JR., | : |
| ADMINISTRATOR OF THE ESTATE | : |
| OF JOHN W. BLASSINGAME, | : |
|     Plaintiff, | : |
| | : |
| v. | : |
| | : Civil Action No. 3:02CV2009 (CFD) |
| YALE UNIVERSITY, | : |
|     Defendant. | : |

REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Thomas P. Smith for the following purposes:

\_\_\_  All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

\_\_\_  A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

\_\_\_  To supervise discovery and resolve discovery disputes (orefmisc./dscv)

\_\_\_  A recommended ruling on the following motions which are currently pending: (orefm.)

\_\_\_  A ruling on the following motions which are currently pending: Plaintiff's Motion to Compel Responses to Interrogatories and Requests for Production [Doc. # 16] (orefm.)

_X_  A settlement conference (orefmisc./cnf)

\_\_\_  A conference to discuss and approve the following: (orefmisc./cnf)

\_\_\_  Other: (orefmisc./misc) _____

SO ORDERED this  23rd  day of November 2004, at Hartford, Connecticut.

/s/ CFD
**Christopher F. Droney**
**United States District Judge**