UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN W. BLASSINGAME, JR., | : | |
| ADMINISTRATOR OF THE ESTATE OF | : | |
| JOHN W. BLASSINGAME | : | CIVIL ACTION NO. |
| Plaintiffs | : | 3:2002cv02009 (CFD) |
| | : | |
| v. | : | |
| | : | |
| YALE UNIVERSITY | : | November 13, 2006 |
| Defendant | : | |

## MOTION FOR CONTINUANCE

The defendant hereby moves for a continuance of the February 12, 2007 bench trial. The reason for this request is that defense counsel will be on trial in New Haven Superior Court in the case of <u>Lynne Beasley v. Yale University</u>, Docket No. CV 02 0460260 S. It is anticipated that this trial will not conclude until after February 19, 2007. Defense counsel has another trial starting on February 20, 2007 which will run through the end of March, 2007. Plaintiff has no objection to the granting of this motion. Counsel for both parties are available for trial during the weeks of April 23, 2007 and April 30, 2007, and respectfully request that the Court continue this trial until April, 2007.

                                                               THE DEFENDANT,
                                                                YALE UNIVERSITY

                                                                 By:_____/s/_____
                                                                  Patrick M. Noonan (ct #00189)
                                                                Donahue, Durham & Noonan, P.C.
                                                                741 Boston Post Road
                                                                Guilford, CT 06437
                                                                (203) 458-9168

**DONAHUE, DURHAM & NOONAN, P.C.**
CONCEPT PARK ● 741 BOSTON POST ROAD
GUILFORD, CONNECTICUT 06437
TEL: (203) 458-9168 ● FAX: (203) 458-4424
JURIS NO. 415438

**CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, on the above-written date, to:

Ikechukwu Umeugo, Esq.
Christine Benham, Esq.
Umeugo & Associates, P.C.
840 Orange Avenue, 2nd Floor
West Haven, CT  06516

            /s/
Patrick M. Noonan