UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN W. BLASSINGAME, JR., | : | |
| ADMINISTRATOR OF THE ESTATE OF | : | |
| JOHN W. BLASSINGAME | : | CIVIL ACTION NO. |
| Plaintiffs | : | 3:2002cv02009 (CFD) |
| | : | |
| v. | : | |
| | : | |
| YALE UNIVERSITY | : | JANUARY 8, 2007 |
| Defendant | : | |

## REQUEST FOR SECURITY FOR COSTS

Defendant, Yale University, hereby requests, pursuant to Local Civil Rule of Procedure 8, that the Court enter an order requiring that the plaintiff post Five Hundred ($500) Dollars as security for costs in this action.

                      THE DEFENDANT,
                      YALE UNIVERSITY
                By:_____/s/_____
                      Patrick M. Noonan (ct #00189)
                      Donahue, Durham & Noonan, P.C.
                      741 Boston Post Road
                      Guilford, CT 06437
                      (203) 458-9168

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on the above-written date, to:

Ikechukwu Umeugo, Esq.
Christine Benham, Esq.
Umeugo & Associates, P.C.
840 Orange Avenue, 2nd Floor
West Haven, CT  06516

                      _____/s/_____
                      Patrick M. Noonan