UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOHN W. BLASSINGAME, JR., :
ADMINISTRATOR OF THE ESTATE OF :
JOHN W. BLASSINGAME :
    Plaintiffs, :
        :
v.   :  CIVIL NO. 3:02CV02009(CFD)
        :
YALE UNIVERSITY :
    Defendant. :  FEBRUARY 6, 2007

### NOTICE OF COMPLIANCE WITH JUDGE'S ORDERS DATED JANUARY 10, 2007 FOR SECURITY FOR COSTS

Plaintiff, John W. Blassingame, Jr., Administrator of the Estate of John W. Blassingame, pursuant to Local Rule of Civil Procedure 83.3(a), hereby gives notice that it has complied with Defendants' Request for Security For Costs and Judge's Orders dated January 10, 2007 by posting Five Hundred Dollars ($500).

        PLAINTIFF,
        JOHN W. BLASSINGAME, JR.
        ADMINISTRATOR OF THE
        ESTATE OF
        JOHN W. BLASSINGAME

    By:       /s/
        Ikechukwu Umeugo(ct04536)
        Umeugo & Associates, P.C.
        620 Boston Post Road
        P.O. Box 26373
        West Haven, CT 06516
        (203) 931-2680

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed this 6th day of February, 2007, to:

Patrick M. Noonan, Esq.
Donahue, Durham & Noonan, P.C.
741 Boston Post Rd.
Guilford, CT 06437

_____/s/_____
Ikechukwu Umeugo

**ESTATE OF JOHN W. BLASSINGAME**
70 STIMSON RD
NEW HAVEN, CT 06511

317

55-150/212
9102

Date: Feb 6, 07

Pay to the Order of: THE US DISTRICT COURT     $ 500.00

FIVE HUNDRED DOLLARS + 00/100 cents     Dollars

HUDSON UNITED BANK HUB
Acme Office
1225 Dixwell Avenue
Hamden, CT 06514

For: BOND

John W. Blassingame

⑈021201503⑈ 398092787⑈⑆0317