UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOHN W. BLASSINGAME, JR.,         :
ADMINISTRATOR OF THE ESTATE OF  :
JOHN W. BLASSINGAME         :       CIVIL ACTION NO.
      Plaintiffs         :       3:2002cv02009 (CFD)
         :
v.         :
         :
YALE UNIVERSITY         :       APRIL 12, 2007
      Defendant         :

## DEFENDANT'S OBJECTION TO PLAINTIFF'S EXHIBITS

Defendant, Yale University, hereby objects to the following exhibits listed by plaintiff

in the Joint Trial Memorandum, dated October 27, 2006:

    1.    Exhibit 4:    Lack of authenticity; lack of relevance.

    2.    Exhibit 5:    Lack of relevance as to entire exhibit; lack of authenticity and

lack of relevance as to pages four and five.

    3.    Exhibit 6:    Lack of relevance; lack of authenticity.

    4.    Exhibit 7:    Lack of relevance; lack of authenticity.

    5.    Exhibits 8-11: Defendant objects on the ground that, despite repeated requests,

plaintiff's counsel has not provided copies to defense counsel.

    6.    Exhibit 12:    Lack of authenticity; lack of relevance.

         THE DEFENDANT,
         YALE UNIVERSITY
        By:_____/s/_____
         Patrick M. Noonan (ct #00189)
         Donahue, Durham & Noonan, P.C.
         741 Boston Post Road
         Guilford, CT 06437
         (203) 458-9168

**DONAHUE, DURHAM & NOONAN, P.C.**
CONCEPT PARK  •  741 BOSTON POST ROAD
GUILFORD, CONNECTICUT 06437
TEL:  (203) 458-9168 • FAX: (203) 458-4424
JURIS NO. 415438

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on the above-written date, to:

Ikechukwu Umeugo, Esq.
Christine Benham, Esq.
Umeugo & Associates, P.C.
840 Orange Avenue, 2nd Floor
West Haven, CT  06516

_____/s/_____
Patrick M. Noonan