UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOHN W. BLASSINGAME, JR.,  :
ADMINISTRATOR OF THE ESTATE OF :
JOHN W. BLASSINGAME :
    Plaintiffs, :
     :
v. :    CIVIL NO. 3:02CV02009(CFD)
     :
YALE UNIVERSITY :
    Defendant. :    APRIL 17, 2007

## PLAINTIFF'S RESPONSE TO DEFENDANT'S OBJECTIONS TO PLAINTIFF'S EXHIBITS

Plaintiff, John W. Blassingame, Jr., Administrator of the Estate of John W. Blassingame, hereby responds to the Defendant, Yale University's Objection to Plaintiff's Exhibits:

1. Defendant objects to Exhibit P-4 on the grounds of lack of authenticity and lack of relevance. The document referenced was created by the Defendant and the Defendant provided the sales figures to the Plaintiff on or about May 29, 2003 as a response to Plaintiff's Requests for Production. The documents are relevant to show the funds generated by the sales of the Frederick Douglass Papers.

2. Defendant objects to Exhibit P-5 on the grounds of lack of relevance and lack of authenticity and lack of relevance as to pages four and five. The document referenced was produced by the Defendant on or about May 29, 2003 as a response to Plaintiff's Requests for Production. The documents are relevant to show the entities requesting use of the Frederick Douglass Papers and the fee

that was generated as a result and retained by the Defendant.

3. Defendant objects to Exhibit P-6 on the grounds of lack of authenticity and lack of relevance. The document referenced was produced by the Defendant on or about May 29, 2003 as a response to Plaintiff's Requests for Production. The document is relevant to show the entity requesting use of the Frederick Douglass Papers and the fee that was generated as a result and retained by the Defendant.

4. Defendant objects to Exhibit P-7 on the grounds of lack of authenticity and lack of relevance. The document referenced was produced by the Defendant on or about May 29, 2003 as a response to Plaintiff's Requests for Production. The document is relevant to show the entity requesting use of the Frederick Douglass Papers and the fee that was generated as a result and retained by the Defendant.

5. Defendant objects to Exhibits P-8 – P-11 on the assertions that the Defendant has made repeated requests for copies of these exhibits. Plaintiff's counsel is unable to recall or locate any such requests; however, with regard to Exhibits P-8 and P-9, these document were produced by the Defendant on or about May 29, 2003 as a response to Plaintiff's Requests for Production. Exhibit P-10 is the CV of Professor Blassingame, and a copy of which should be found in the personnel file of the Professor in the possession of the Defendant. Exhibit P-11 is a 530 page, hardbound copy of the Frederick Douglass Papers, Series One, Volume 1. The Plaintiff has only one copy of this volume. Defendant has made

           no requests to inspect this exhibit until now, and it is quite likely that this publication is on file or in the library on the Defendant's property.

6. Defendant objects to Exhibit P-12 on the grounds of lack of authenticity and lack of relevance. The document is relevant to show the works copyrighted under the decedent's name, including the volumes of the Frederick Douglass Papers, and the origin of the report is clearly identified and is a business record.

           **PLAINTIFF,**
           **JOHN W. BLASSINGAME, JR.**
           **ADMINISTRATOR OF THE**
           **ESTATE OF**
           **JOHN W. BLASSINGAME**

           By: _____/s/_____
                Ikechukwu Umeugo(ct04536)
                Umeugo & Associates, P.C.
                620 Boston Post Road
                P.O. Box 26373
                West Haven, CT 06516
                (203) 931-2680

## CERTIFICATION

This is to certify that a copy of the foregoing was electronically filed this 17th day of April, 2007, and electronically delivered to:

Patrick M. Noonan, Esq.
Donahue, Durham & Noonan, P.C.
741 Boston Post Rd.
Guilford, CT 06437

/s/
Ikechukwu Umeugo