UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOHN W. BLASSINGAME, JR.,
ADMINISTRATOR OF THE ESTATE OF
JOHN W. BLASSINGAME                                   CIVIL ACTION NO.
                                                      3:2002cv02009 (CFD)
v.

YALE UNIVERSITY                                       April 20, 2007

## AMENDED EXHIBIT LIST

The defendant, Yale University, hereby amends its Exhibit List to add Exhibit D-6.

**DEFENDANT'S EXHIBIT LIST:**

D-1.   Records of payments by Yale University Press to ASALH.

D-2.   November 12, 1999, letter from Otto Bohlmann to Ms. Tia Blassingame.

D-3.   March 21, 1983, letter from ASALH to Yale University Press.

D-4.   April 26, 1983, letter from Maureen MacGrogan to Professor John Blassingame.

D-5.   May 4, 1983, letter to ASALH from Professor John W. Blassingame.

D-6.   January 3, 1979 letter from Professor John Blassingame to Chester Kerr.

                                          THE DEFENDANT,
                                          YALE UNIVERSITY

                                          By:_____/s/_____
                                          Patrick M. Noonan (ct #00189)
                                          Donahue, Durham & Noonan, P.C.
                                          741 Boston Post Road
                                          Guilford, CT 06437
                                          (203) 458-9168

**DONAHUE, DURHAM & NOONAN, P.C.**
CONCEPT PARK • 741 BOSTON POST ROAD
GUILFORD, CONNECTICUT 06437
TEL: (203) 458-9168 • FAX: (203) 458-4424
JURIS NO. 415438

## **CERTIFICATION**

      This is to certify that a copy of the foregoing was faxed, on the above-written date, to:

Ikechukwu Umeugo, Esq.
Umeugo & Associates, P.C.
840 Orange Avenue, 2nd Floor
West Haven, CT  06516

                                                            /s/
                                                Patrick M. Noonan