AO 187A (Rev. 7/87)

**EXHIBIT AND WITNESS LIST – CONTINUATION**

Def'ts

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Blassingame vs. Yale University — CASE NO. 3:02CV2009 TPS |
| | 1 | 4-23-07 | | ✓ | 1st Contract 1996 |
| | | 4-23-07 | | | Linda Klein, New Haven, Ct. |
| | 2 | 4-23-07 | | ✓ | letter dated 5-9-93 |
| | 3 | 4-23-07 | | ✓ | letter dated 3-21-83 |
| | 4 | 4-23-07 | | ✓ | letter dated 4-26-83 |

Page _____ of _____ Pages