Page 1   4/23/07

AO 187A (Rev. 7/87)

**Pltf's EXHIBIT AND WITNESS LIST — CONTINUATION**

Blassingame vs. Yale University    CASE NO. 3:02CV2009TPS

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1. | | 4-23-07 | | ✓ | Letter of Agreement dated 2-7-79 |
| 2. | | 4-23-07 | | ✓ | Letter 5-8-02 |
| | | 4-23-07 | | | John W. Blassingame, New Haven, Ct. |

Page ____ of ____ Pages