UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOHN W. BLASSINGAME, JR.                :
ADMINISTRATOR OF THE ESTATE OF          :
JOHN W. BLASSINGAME                     :
                                        :
                                        :    Case Number 3:02CV2009TPS
      v.                                :
                                        :
YALE UNIVERSITY                         :

## JUDGMENT

This action came to trial before the Court, by the Honorable Thomas P. Smith, United States Magistrate Judge, and the issues having been duly tried and,

The court having issued it's Memorandum of Decision in favor of the defendant, it is therefore

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendant.

Dated at Hartford, Connecticut, this 15th Day of May, 2007.

KEVIN F. ROWE, CLERK

By:_____
    Deputy Clerk