**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
450 MAIN STREET
HARTFORD, CT 06103

KEVIN F. ROWE
CLERK

TEL. NO 240-3200
(AREA CODE 860)

ELSIE MATA
CHIEF DEPUTY CLERK

LINDA I. KUNOFSKY
DEPUTY-IN-CHARGE
HARTFORD

May 17, 2007

Patrick Noonan
Concept Park
741 Boston Post Rd.
Guilford, Ct. 06437

Re: Case Name: Blassingame vs. Yale University
Number: 3:02cv02009TPS

Dear Attorney Noonan:

As the above matter has been disposed of in this court:

Enclosed is/are the following exhibit(s):

1. Yale Letter of Agreement
2. Frederick Douglass Papers dated 5/4/83
3. ASALH Letter dated 3/21/83
4. Letter dated 4/26/83 to J. Blassingame

Please acknowledge receipt of the exhibits on the copy of this letter and return it to the Clerk's Office in the envelope provided.

Thank you for your cooperation.

Sincerely,

Kevin F. Rowe, Clerk

BY _____
Barbara G. Sunbury
Deputy Clerk

ACKNOWLEDGMENT: _____ DATE: May 18, 2007