## UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
450 MAIN STREET
HARTFORD, CT 06103

KEVIN F. ROWE
CLERK

TEL. NO. 240-3200
(AREA CODE 860)

ELSIE MATA
CHIEF DEPUTY CLERK

LINDA I. KUNOFSKY
DEPUTY-IN-CHARGE
HARTFORD

May 17, 2007

Ikechukew Umeugo
620 Boston Post Rd.
PO Box 26373
West Haven, Ct. 06516

Re: Case Name: Blassinggame vs. Yale
Number: 3:02cv2009TPS

Dear AttorneyUmeugo:

As the above matter has been disposed of in this court:

Enclosed is/are the following exhibit(s):

1. Letter of Agreement
2. Letter from Yale University darted 5/8/02

Please acknowledge receipt of the exhibits on the copy of this letter and return it to the Clerk's Office in the envelope provided.

Thank you for your cooperation.

Sincerely,

Kevin F. Rowe, Clerk

BY *[signature]*
Barbara G. Sunbury
Deputy Clerk

ACKNOWLEDGMENT: *[signature]*   DATE: 5/21/07