UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
450 MAIN STREET
HARTFORD, CT 06103

ROBIN D. TABORA
CLERK

TEL. NO. 240-3200
(AREA CODE 860)

LINDA I. KUNOFSKY
DEPUTY-IN-CHARGE
HARTFORD

August 6, 2008

Brock Thomas Dubin
741 Boston Post Rd.
Guilford, CT 06437

Re: Case Name: Blassingame v Yale Univ.
Number: 3:02cv2009(CFD)

Dear Attorney Dubin:

As the above matter has been disposed of in this court on May 15, 2007:

Enclosed are the defendant's exhibits:

Please acknowledge receipt of the exhibits on the copy of this letter and return it to the Clerk's Office in the envelope provided.

Thank you for your cooperation.

Sincerely,

ROBIN D. TABORA, Clerk

BY _____
Deborah Johnson
Deputy Clerk

ACKNOWLEDGMENT: _____    DATE: 8/11/08