UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
450 MAIN STREET
HARTFORD, CT 06103

ROBIN D. TABORA
CLERK

TEL. NO. 240-3200
(AREA CODE 860)

LINDA I. KUNOFSKY
DEPUTY-IN-CHARGE
HARTFORD

August 6, 2008

Ikechukwa Umeugo
Umeugo & Assoc.
620 Boston Post Rd.
West Haven, CT 06516

Re: Case Name: Blassingame v Yale Univ.
    Number: 3:02cv2009(CFD)

Dear Attorney Umeugo:

As the above matter has been disposed of in this court on May 15, 2007:

Enclosed are the plaintiff's exhibits: 1 - 3

Please acknowledge receipt of the exhibits on the copy of this letter and return it to the Clerk's Office in the envelope provided.

Thank you for your cooperation.

Sincerely,

ROBIN D. TABORA, Clerk

BY _____
    Devorah Johnson
    Deputy Clerk

ACKNOWLEDGMENT: _____   DATE: 8|12|08